## ATTACHMENT A
## PERSONS TO BE SEARCHED

Brock Taylor, date of birth ███ 1978, African American male, approximately 5'6" and 220 lbs, social security number ███████8303, State Identification Number ██████████ .