| Return | | |
|---|---|---|
| Case No.: 2:22-cr-00011 | Date and time warrant executed: 8-18-21 Approx. 4:30 PM | Copy of warrant and inventory left with: Brock Taylor |
| Inventory made in the presence of: | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Two (2) oral swabs containing Brock Taylor's buccal cells from the inside cheek portion of Taylor's mouth for DNA Testing.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8-18-2021

_____
Executing officer's signature

FBI - SA Joseph Downs
Printed name and title